THE P. S. CHAPPELL.   THE P. S. CHAPPELL v. THURSBY.[1]   (Circuit Court of Appeals, Fourth Circuit.   November 11, 1897.)   No. 230.   Appeal from the District Court of the United States for the District of Maryland.   Thomas C. Chappell, for appellant.   B. W. Mister, for appellee.   Before GOFF and SIMONTON, Circuit Judges, and PURNELL, District Judge.

[1] Rehearing denied November 24, 1897.

PER CURIAM. This case in admiralty comes up on appeal from the district court of the United States for the district of Maryland. We see no error in the decree of the district court. The same is affirmed, with costs.